# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:21-mj-00217 |
| KEVIN ROBERT MCCARTY, a/k/a/ "Robbie MacKenzie" | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __See Attachment A__ in the county of __Clackamas__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a), 2 | Sexual Exploitation of Children |
| 18 U.S.C. § 2252A(a)(2) | Distributing Child Pornography |
| 18 U.S.C. § 2261A(2)(B) | Cyberstalking |
| 18 U.S.C. § 2422(b) | Online Enticement of a Minor |
| 18 U.S.C. § 1470 | Transfer of Obscene Material to a Minor |

*** All as more fully described in Attachment A

This criminal complaint is based on these facts:

See the attached affidavit of Homeland Security Investigations Special Agent Clinton Lindsly.

☑ Continued on the attached sheet.

(By telephone)
*Complainant's signature*

Clinton Lindsly, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __10:45__ a.m./~~p.m.~~

Date: __11/16/2021__

*Jolie A. Russo*
*Judge's signature*

City and state: __Portland, Oregon__   Honorable Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*