SEALED

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:21-mj-00217 |
| v. | ORDER SEALING CRIMINAL COMPLAINT AND ARREST WARRANT |
| KEVIN ROBERT McCARTY, a/k/a "Robbie MacKenzie," | |
| Defendant. | |

Based on the government's motion, the Court finds that an ongoing criminal investigation may be seriously jeopardized by public disclosure at this time of the criminal complaint and arrest warrant. Therefore,

IT IS ORDERED that the criminal complaint, the supporting affidavit, the arrest warrant, the government's motion, and any further pleadings filed in this matter are SEALED until further order of this Court, except that the government may furnish a copy of each document to the complainant and the complainant's investigative agency for their investigative needs.

IT IS FURTHER ORDERED that the government is authorized to provide copies of the criminal complaint, the arrest warrant, the motion to seal, this Order, and any further pleadings

in this matter to counsel for defendant as part of the government's pretrial discovery obligations.

Dated: November  16  , 2021.

                                            *Jolie A. Russo*
                                     HONORABLE JOLIE A. RUSSO
                                     United States Magistrate Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Gary Y. Sussman*
GARY Y. SUSSMAN, OSB #873568
Assistant United States Attorney