SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**GARY Y. SUSSMAN, OSB #873568**
Assistant United States Attorney
gary.sussman@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:  (503) 727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | No. 3:21-mj-00217 |
| v. | **MOTION TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANT** |
| **KEVIN ROBERT McCARTY, a/k/a "Robbie MacKenzie,"** | |
| **Defendant.** | |

The United States of America moves the Court for an order unsealing the criminal complaint, the arrest warrant, and all other filings in this case because defendant was arrested today in the Central District of California.

Dated:  November 18, 2021.

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

 */s/ Gary Y. Sussman*
GARY Y. SUSSMAN, OSB #873568
Assistant United States Attorney