# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:21-mj-00217 |
| v. | ORDER UNSEALING CRIMINAL COMPLAINT AND ARREST WARRANT |
| KEVIN ROBERT McCARTY, a/k/a "Robbie MacKenzie," | |
| Defendant. | |

This matter came before the Court on the government's motion to unseal the criminal complaint, the arrest warrant, and all other filings in this case. Based on the government's motion,

IT IS ORDERED that the criminal complaint, the arrest warrant, and all other filings in this case are UNSEALED.

Dated: November  18  , 2021.

*Jolie A. Russo*
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Gary Y. Sussman*
GARY Y. SUSSMAN, OSB #873568
Assistant United States Attorney