# EXHIBIT 1
















6