MARK C. COGAN, OSB 920167
1500 SW FIRST AVENUE, SUITE 780
PORTLAND, OR 97201
503-827-8092
email: mark@coganlawoffice.com
ATTORNEY FOR DEFENDANT

                      UNITED STATES DISTRICT COURT
                            DISTRICT OF OREGON
                             PORTLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE No. 3:21-MJ-00217 |
|---|---|---|
|     Plaintiff, | ) | |
| | ) | ATTORNEY NOTICE OF APPEARANCE |
| vs. | ) | FOR DEFENDANT |
| | ) | |
| KEVIN ROBERT MCCARTY, | ) | |
|     Defendant. | ) | |
| | ) | |

      MARK C. COGAN hereby serves this Notice of Appearance as counsel of record for Defendant KEVIN ROBERT MCCARTY, for the limited purpose of representing Defendant at the arraignment scheduled December 6th, 2021.

      Respectfully submitted this 6th day of December, 2021.

                            /s/ Mark C. Cogan
                            Mark C. Cogan, P.C., OSB# 920167
                            Attorney for Kevin Robert McCarty