UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:21-mj-00217 |
| v. | PROTECTIVE ORDER |
| KEVIN ROBERT McCARTY, | |
| **Defendant.** | |

This matter came before the Court on the government's unopposed motion for a protective order limiting the copying and dissemination of pretrial discovery materials. The identities, social media account identifiers, and personal identifying information of minor victims of sexual exploitation appear throughout the materials. Rather than delay discovery while those materials are redacted, the parties have agreed to the entry of an appropriate protective order under 18 U.S.C. § 3509(d)(3).

Based on the information in the government's motion, the Court finds that there is a significant possibility that public disclosure of the names, social media account names, or other personal identifying information concerning the minor victims would be detrimental to those children. Accordingly, IT IS ORDERED that the materials contained in the government's pretrial discovery may only be disseminated and used as follows:

1.      The government will furnish one electronic copy of the discovery materials to counsel for defendant. Counsel may disseminate one copy of those materials to his investigator and to any expert who counsel retains to assist him in the preparation or presentation of the defense, to the extent such dissemination is necessary to assist counsel in the preparation of the

defense. Anyone who receives a copy of any discovery material must also receive a copy of this order and will be bound by its terms. No further copying or dissemination of the material is permitted.

2. Counsel may show the discovery materials to defendant and discuss their contents with him. However, counsel may not furnish copies of any of the discovery materials to defendant.

3. No one to whom disclosure is made may divulge or disclose the name, social media account identifiers, or other personal identifying information of any minor victim to any member of the public, to the media, or in any publicly filed court document.

This protective order shall remain in effect until the Court orders otherwise. A violation of this order may be punished as a contempt of court.

DATED: December  20 , 2021.

_____
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

 /s/ Gary Y. Sussman                 '
GARY Y. SUSSMAN, OSB #873568
Assistant United States Attorney

**Protective Order**                                                                                     **Page 2**