**Robert Hamilton**
**Office of the Federal Public Defender**
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
robert_hamilton@fd.org

**Attorney for Defendant**

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:21-mj-00217 |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT** |
| **KEVIN ROBERT MCCARTY,** | |
| Defendant. | |

Defendant Kevin McCarty, through his attorney, Robert Hamilton, moves this Court to continue the arraignment in the above-entitled case, which is presently scheduled for July 5, 2022, for a period of approximately 60 days to September 5, 2022, or a date thereafter convenient to the Court. This motion is based on the need to conduct pre-indictment investigation and negotiations.

Two prior continuances has been sought by the defense.  I have contacted Assistant United States Attorney Gary Sussman and he has no objection to the requested continuance.

This continuance constitutes excludable delay to September 5, 2022, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).  The ends of justice served by granting this motion

Page 1    UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

outweigh the best interests of the public and Mr. McCarty in a speedy trial because the additional time is necessary to afford defense counsel sufficient time to complete discovery, investigate the case, conduct research, consult with Mr. McCarty, and prepare his case. Mr. McCarty acknowledges his right to a speedy trial under the Speedy Trial Act, including his right to be indicted within 30 days of his first appearance, and agrees that this motion will result in excludable delay under the Act.

Respectfully submitted on July 1, 2022.

/s/ Robert Hamilton
Robert Hamilton
Attorney for Defendant