UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00421-IM |
| v. | INFORMATION |
| KEVIN ROBERT McCARTY, a/k/a Robbie Mackenzie, | 18 U.S.C. § 2422(b)<br>18 U.S.C. §§ 2251(a) and (e), 2 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Online Enticement of a Minor)**
**(18 U.S.C. § 2422(b))**

Beginning in or about July 2020, and continuing to on or about November 18, 2021, in the District of Oregon and elsewhere, defendant **KEVIN ROBERT McCARTY**, also known as Robbie Mackenzie, knowingly used a facility or means of interstate or foreign commerce, namely the internet, to persuade, induce, entice, or coerce Minor Victim 1, a person who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT 2
### (Sexual Exploitation of a Child)
### (18 U.S.C. §§ 2251(a) and (e), 2)

On or about September 28, 2021, in the District of Oregon and elsewhere, defendant **KEVIN ROBERT McCARTY**, also known as Robbie MacKenzie, used, persuaded, induced, enticed, and coerced Minor Victim 2 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct or transmitting a live visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, and such visual depiction having actually been transported or transmitted using any means or facility of interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e), and 2.

## COUNT 3
### (Sexual Exploitation of a Child)
### (18 U.S.C. §§ 2251(a) and (e), 2)

Between on or about September 14, 2021, and on or about October 6, 2021, in the District of Oregon and elsewhere, defendant **KEVIN ROBERT McCARTY**, also known as Robbie MacKenzie, used, persuaded, induced, enticed, and coerced Minor Victim 3 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct or transmitting a live visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign

commerce, and such visual depiction having actually been transported or transmitted using any means or facility of interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e), and 2.

Dated: December 2, 2022.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

 /s/ Gary Y. Sussman
GARY Y. SUSSMAN, OSB #873568
Assistant United States Attorney