# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**UNITED STATES OF AMERICA**            Case No.: 3:22−cr−00421−IM
    Plaintiff,

v.

**KEVIN ROBERT MCCARTY**
    Defendant.

## Criminal Case Assignment Order

**1.** **Presiding Judge:** The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned to:

> Presiding Judge ........................ Hon. Karin J. Immergut
> Presiding Judge's Suffix Code* ........................... IM
>
> *These letters must follow the case number on all future filings.

**2.** **Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

> Jacob Yerke
> Telephone: 503−326−8053
> Email: jacob_yerke@ord.uscourts.gov

**3.** **Case Administrator/Docket Clerk:** Questions about filings or docket entries in this case should be directed to:

> Telephone: 503−326−8050

**4.** **Place of Filing:** Any paper filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (*See* LR 3−1, LR 5−5.)

**5.** **District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

**DATED:** December 2, 2022        **MELISSA AUBIN**
                                        **Clerk of Court**

                                     by: /s/ D. Norris
                                          D. Norris, Deputy Clerk