AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

*/s Kevin McCarty*
*Defendant's signature*

*/s Robert Hamilton*
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

*Jolie A. Russo*
*Judge's signature*

Jolie A. Russo, U.S. Magistrate Judge
*Judge's printed name and title*