IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>KEVIN ROBERT MCCARTY,<br><br>         Defendant. | Case No. 3:22-cr-00421-IM<br><br>WAIVER OF ARRAIGNMENT PURSUANT TO FED. R. CRIM. P. 10(b) |

  Defendant Kevin Robert McCarty, by and through ☒his ☐her counsel of record, Robert Hamilton, hereby files this waiver of arraignment pursuant to Federal Rule of Criminal Procedure 10(b).

  By ☒his ☐her signature below, defense counsel certifies that defendant has received the ☐Indictment ☒Information filed in this case on December 2, 2022; that defendant knows and understands the accusations against him; and, that defendant is aware that ☒he ☐she is entitled to be arraigned in open court. Defense counsel further certifies that defendant waives ☒his ☐her right to be present in open court for arraignment, the right to a reading of the ☐Indictment ☒Information or the stating of the substance of the charge in open court, and that defendant enters a plea of Not Guilty and a denial of the Forfeiture Allegation(s) (if applicable).

  Prior to filing, defense counsel provided the Government a copy of this notice. Defense counsel certifies that the Government does not object to this waiver.

Defendant respectfully requests that the Court accept this waiver and the concurrently filed Waiver of Indictment (if applicable), and schedule this matter for trial.

Dated this 2nd of December, 2022.

                                                Respectfully submitted,

                                                */s/ Robert Hamilton*
                                                Robert Hamilton

---

(COURT USE ONLY)

IT IS ORDERED that defendant's Waiver of Arraignment pursuant to Fed. R. Crim. P. 10(b) is accepted and a Not Guilty plea and denial of any Forfeiture Allegation is entered on behalf of defendant.

DATED this __2__ day of __December__, __2022__.

                                                *Jolie A. Russo*
                                                UNITED STATES MAGISTRATE JUDGE