**Robert Hamilton**
**Office of the Federal Public Defender**
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
robert_hamilton@fd.org

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:22-cr-00421-IM-1 |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |
| KEVIN ROBERT MCCARTY, | |
| Defendant. | |

Defendant, Kevin Robert McCarty, through his attorney, Robert Hamilton, hereby moves the Court, pursuant to Fed. R. Crim. P. 12 and 18 U.S.C. § 3161(h), for an order rescheduling the trial date from January 17, 2023, to March 21, 2023, or such date thereafter convenient to the Court. This motion is based on the reasons set forth in the accompanying declaration of counsel and is unopposed by Assistant United States Attorney Gary Susman.

Mr. McCarty waived his arraignment on December 2, 2022, on one count of Online Enticement of a Minor and two counts of Sexual Exploitation of a Child. No prior continuance of the trial date has been sought by the defense.

Mr. McCarty understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted on January 3, 2023.

       /s/ Robert Hamilton
       Robert Hamilton
       Assistant Federal Public Defender