**Robert Hamilton, OSB No. 012730**
Assistant Federal Public Defender
Email: robert_hamilton@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
email: robert_hamilton@fd.org

**Attorney for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:22-cr-00421-IM-1 |
| Plaintiff, | |
| v. | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING DATE** |
| **KEVIN ROBERT MCCARTY,** | |
| Defendant. | |

The defendant, Kevin Robert McCarty, through his attorney, Robert Hamilton, hereby moves the Court to continue the sentencing hearing date in the above-entitled case, which is presently scheduled for May 8, 2023, for a period of approximately 60 days, or a date thereafter convenient to the Court. This motion is based on the reasons set forth below and is unopposed by Assistant United States Attorney Gary Sussman.

Additional time is needed for defense to address a medical issue before he begins moving facilities. Counsel anticipates this task being complete within 60 days.

Respectfully submitted on April 17, 2023.

                                            */s/ Robert Hamilton*
                                            Robert Hamilton
                                            Assistant Federal Public Defender